**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **BENNIE CHARLES CHERRY,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. 1:25-CV-1795-ADA-ML** |
| | § | |
| **NORTH AUSTIN AUTONATION USA,** | § | |
| **LLC and WESTLAKE FINANCIAL** | § | |
| **SERVICES, LLC,** | § | |
| **Defendants.** | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. ECF No. 29. The report recommends that this Court **GRANT-IN-PART** and **DENY-IN-PART** Plaintiff's Motion to Remand (ECF No. 9). Specifically, the report recommends that this Court **REMAND** this case to the 453rd District Court of Hays County and **DENY** Plaintiff's request for costs and fees. The report further recommends that this Court **DISMISS** Defendant's Motion to Dismiss as moot (ECF No. 17).

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (ECF No. 29) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand (ECF No. 9) is **GRANTED-IN-PART** and **DENIED-IN-PART**. Specifically, the Court **REMANDS** this case to the 453rd District Court of Hays County and **DENIES** Plaintiff's request for costs and fees. Defendant's motion to dismiss (ECF No. 17) is **DISMISSED AS MOOT**.

**SIGNED** 04/01/2026.

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

2